No. 81–106.   EHRLICH ET AL. *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 81–114.   DEFELICE *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 81–117.   PORTER *v.* GUAM PUBLICATIONS, INC. C. A. 9th Cir.   Certiorari denied.

No. 81–119.   MORROW ET AL. *v.* UNITED STATES.   Ct. Cl. Certiorari denied.

No. 81–183.   MAGMA COPPER CO. *v.* SECRETARY OF LABOR ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 81–192.   GANNON *v.* UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 81–242.   FISCHER *v.* VONCK.   Ct. App. Mo., Western Dist.   Certiorari denied.

No. 81–250.   CHILDERS ET AL. *v.* UNITED STATES ET AL. C. A. 4th Cir.   Certiorari denied.

No. 81–254.   HOROWITZ ET AL. *v.* FLORIDA.   Dist. Ct. App. Fla., 4th Dist.   Certiorari denied.

No. 81–264.   PRESBYTERIAN HOSPITAL OF DALLAS *v.* SCHWEIKER, SECRETARY OF HEALTH AND HUMAN SERV-ICES.   C. A. 5th Cir.   Certiorari denied.

No. 81–266.   BRADLEY *v.* COMPUTER SCIENCES CORP., INC., ET AL.   C. A. 4th Cir.   Certiorari denied.